## 64079. SHAW v. THE STATE.

CARLEY, Judge.

In *Shaw v. State,* 163 Ga. App. 615 (294 SE2d 676) (1982), we affirmed appellant's conviction. On certiorari, the Supreme Court, holding that the trial court erred in denying appellant's request for a continuance, reversed the judgment of this court. The judgment of the Supreme Court is made the judgment of this court, the judgment of the trial court is reversed, and the case is remanded for a new trial.

*Judgment reversed. Shulman, C. J., and Quillian, P. J., concur.*

DECIDED JULY 22, 1983.

*Christopher H. Coates, M. Laughlin McDonald, Neil T. Bradley,* for appellant.

*Gary C. Christy, District Attorney, Richard E. Thomas, Assistant District Attorney,* for appellee.